IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| A. CLAY COX, not individually but as trustee for the estate of Central Illinois Energy Cooperative,<br>　　　　　Plaintiff,<br>　v.<br><br>MICHAEL E. EVANS and NANCY A. SCHELL, and FROEHLING, WEBER, EVANS & SCHELL, LLP<br>　　　　　Defendants. | No. 1:18-cv-01105 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Tuesday, July 2, 2019,** commencing at **11:00 a.m.**, at the offices of Mary Robinson, 321 South Plymouth Court, 14th Floor, Chicago, Illinois, Defendants shall cause to be taken the deposition of Mary Robinson under Supreme Court Rule 206; that said deposition will be taken on oral interrogatories before a notary public, or any other officer authorized by law to take depositions in like cases, at which time and place said deponent is requested to appear for said deposition. The deponent is further commanded to produce the documents identified in **Attachment A.**

　　　　　　　　　　　　　　　　　MICHAEL E. EVANS, NANCY A. SCHELL and
　　　　　　　　　　　　　　　　　FROEHLING, WEBER, EVANS & SCHELL,
　　　　　　　　　　　　　　　　　LLP, Defendants


　　　　　　　　　　　　　　　　By: _s/Kirk W. Laudeman_
　　　　　　　　　　　　　　　　　Kirk W. Laudeman, #6204915
　　　　　　　　　　　　　　　　　Sorling Northrup
　　　　　　　　　　　　　　　　　1 N. Old State Capitol Plaza, Suite 200
　　　　　　　　　　　　　　　　　P.O. Box 5131
　　　　　　　　　　　　　　　　　Springfield, IL  62705
　　　　　　　　　　　　　　　　　Telephone:  217-544-1144
　　　　　　　　　　　　　　　　　Fax:  217-522-3173
　　　　　　　　　　　　　　　　　E-Mail:  kwlaudeman@sorlinglaw.com

Daniel Konicek
Konicek & Dillon, P.C.
21 West State Street
Geneva, IL  60134
Telephone:  630-262-9655
E-Mail:  dan@konicekdillonlaw.com

## PROOF OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system on June 12, 2019, which will send notice of the filing to the following:

Mr. Alan L. Fulkerson
Mr. Stephen Fulkerson
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2650
Chicago, IL  60602

Mr. Daniel Konicek
Konicek & Dillon, P.C.
21 West State Street
Geneva, IL  60134

Dayna Urlaub (dayna@urlaubbowen.com)
Urlaub Bowen & Associates

                                                                      s/Kirk W. Laudeman
                                                                       Kirk W. Laudeman, #6204915
Sorling Northrup
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL  62705
Telephone:  217-544-1144
Fax:  217-522-3173
E-Mail:  kwlaudeman@sorlinglaw.com

## ATTACHMENT A

The complete file of Mary Robinson, whether maintained electronically or otherwise, including, but not limited to correspondence; e-mails; drafts; documents reviewed in the course of preparing the witness's opinions and affidavits; documents upon which she bases her opinions; calculations; reports; test results; invoices; and a list of all other cases during the previous four (4) years in which the witness testified as an expert at trial or in deposition.